172 F.3d 40
 Amnesty America, Suing in Its Representative Capacity on
Behalf of Jane Does Nos. 1 Through 60, Arrestee Victims of
Officially Sanctioned, Intentional and Malicious Physical
Brutality to Coerce Involuntary Service of Walking as
Pre-trial Detainees Sexual Harassments and Excessive Force
by Male Correction Officers in Mens' Allegheny County Jail
on March 11, 1989, Jane Does No. 10, 17, 26, 52,
Arrestee-Victims, Suing on Behalf of Themselves and Class of Persons
 NO. 97-3349
 United States Court of Appeals,
Third Circuit.
 November 12, 1998
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed.